AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2017 JAN -4 PM 2: 41

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Laura Berard | ) | Case No. 2:17-mj-1 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 29, 2016** in the county of **Chittenden** in the _____ District of **Vermont**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1512(b)(1) | Knowingly intimidated and threatened another person with the intent to influence, delay, and prevent the testimony of that person in an official proceeding. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

#318

Jason M. Bellavance, Det. Burlington PD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/4/2017

_____
*Judge's signature*

City and state: Burlington, Vermont

John M. Conroy, U.S. Magistrate Judge
*Printed name and title*